B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Small Plates Detroit, LLC

Case No.

Debtor(s)

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Internal Revenue Service c/o United States Attorney for the Eastern District of Michigan 211 West Fort Street, Ste 2001 Detroit, MI 48226 | Internal Revenue Service c/o United States Attorney for the Eastern District of Michigan Detroit, MI 48226 | | | 229,248.00<br><br>(50,000.00 secured) |
| State of Michigan Dept. of Treasury P.O. Box 30199 Lansing, MI 48909 | State of Michigan Dept. of Treasury P.O. Box 30199 Lansing, MI 48909 | | | 176,812.00<br><br>(50,000.00 secured) |
| Chase Bank P.O. Box 33035 Louisville, KY 40232 | Chase Bank P.O. Box 33035 Louisville, KY 40232 | | | 78,086.00<br><br>(50,000.00 secured) |
| Larson Realty Group 91 West Long Lake Road Bloomfield Hills, MI 48304 | Larson Realty Group 91 West Long Lake Road Bloomfield Hills, MI 48304 | Rent owed | | 28,812.00 |
| City of Detroit-Treasurer Finance Department, Treasury Division 120 City County Building Detroit, MI 48226-3472 | City of Detroit-Treasurer Finance Department, Treasury Division 120 City County Building Detroit, MI 48226-3472 | Payroll taxes | | 20,800.00 |
| Small Plates Detroit, LLC Attn: Todd Wenzel 429 N. Franklin St., Ste 409 Syracuse, NY 13204 | Small Plates Detroit, LLC Attn: Todd Wenzel 429 N. Franklin St., Ste 409 Syracuse, NY 13204 | Money Loaned | | 16,000.00 |
| Auto-Owners Insurance P.o. Box 30315 Lansing, MI 48909-7815 | Auto-Owners Insurance P.o. Box 30315 Lansing, MI 48909-7815 | Trade debt | | 8,536.58 |
| Silverman, Kaplan & Sakwa, CPA's, PC 29200 Northwestern Hwy., Suite 150 Southfield, MI 48034 | Silverman, Kaplan & Sakwa, CPA's, PC 29200 Northwestern Hwy., Suite 150 Southfield, MI 48034 | Accounting Services | | 8,522.76 |
| US Bank P.O. Box 790408 Saint Louis, MO 63179 | US Bank P.O. Box 790408 Saint Louis, MO 63179 | | | 5,488.50 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Small Plates Detroit, LLC

Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Detroit Wholesale Produce 2614 Riopelle Detroit, MI 48207 | Detroit Wholesale Produce 2614 Riopelle Detroit, MI 48207 | Trade debt | | 3,368.00 |
| Thomas Hospitality Group 30486 23 Mile Road New Baltimore, MI 48047 | Thomas Hospitality Group 30486 23 Mile Road New Baltimore, MI 48047 | | Contingent Unliquidated | 3,000.00 |
| Avalon Breads 422 West Willis Detroit, MI 48201 | Avalon Breads 422 West Willis Detroit, MI 48201 | Trade debt | | 2,327.80 |
| DTE Energy P.O. Box 740786 Cincinnati, OH 45274-0786 | DTE Energy P.O. Box 740786 Cincinnati, OH 45274-0786 | Trade debt | | 2,291.60 |
| General Linen and Uniform Service P.O. Box 02728 Detroit, MI 48202 | General Linen and Uniform Service P.O. Box 02728 Detroit, MI 48202 | Trade debt | | 1,872.88 |
| Ecolab P.O. Box 70343 Chicago, IL 60673 | Ecolab P.O. Box 70343 Chicago, IL 60673 | Trade debt | | 1,349.25 |
| Comcast P.O. Box 3005 Southeastern, PA 19398-3005 | Comcast P.O. Box 3005 Southeastern, PA 19398-3005 | Trade debt | | 679.89 |
| Allied Waste Services #247 5400 Cogswell Rd. Wayne, MI 48184 | Allied Waste Services #247 5400 Cogswell Rd. Wayne, MI 48184 | Trade debt | | 580.05 |
| BioLogix 1561 Fairfiew Avenue Saint Louis, MO 63132 | BioLogix 1561 Fairfiew Avenue Saint Louis, MO 63132 | Trade debt | | 345.00 |
| AT & T P.O. Box 8100 Aurora, IL 60507-8100 | AT & T P.O. Box 8100 Aurora, IL 60507-8100 | Trade debt | | 258.86 |
| Leonard's Syrups Dept #441409 P.O. Box 77000 Detroit, MI 48277 | Leonard's Syrups Dept #441409 P.O. Box 77000 Detroit, MI 48277 | Trade debt | | 52.00 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re  Small Plates Detroit, LLC

Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Authorized Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  June 23, 2011

Signature  /s/ Todd Stern

Todd Stern
Authorized Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy